## DEAL *v.* LANIER.

DUCKWORTH, Chief Justice. 1. The lower court having expressly disapproved ground one of the amended motion for new trial, it will not be dealt with here. *Grand Chapter, Eastern Star* v. *Wolfe,* 175 *Ga.* 867 (166 S. E. 755); *Phillips* v. *Smith,* 175 *Ga.* 108 (165 S. E. 108); *Andrews* v. *State,* 196 *Ga.* 84 (26 S. E. 2d, 263); *Singley* v. *State,* 198 *Ga.* 212 (31 S. E. 2d, 349); *Gunnells* v. *State,* 199 *Ga.* 486 (1) (34 S. E. 2d, 654), and cit.

2. The court, in charging on acquiescence, omitted the words, "by acts or declarations." This was error, since the jury might have thought that mere passive acquiescence would suffice rather than acquiescence by acts or declarations. *Cassels* v. *Mays,* 147 *Ga.* 224 (93 S. E. 199);

*O'Neal* v. *Ward,* 148 *Ga.* 62 (95 S. E. 709). However, the charge was helpful rather than harmful to the plaintiff, since the establishment of the line by acquiescence would have been a material benefit to the plaintiff, and, for this reason, the error was harmless. See *Bohanan* v. *Bonn,* 32 *Ga.* 390 (2); *Harrison* v. *Hester,* 160 *Ga.* 865 (129 S. E. 528); *Smith* v. *Tindol,* 179 *Ga.* 801 (177 S. E. 588); *Williams* v. *State,* 180 *Ga.* 595 (180 S. E. 101); *Foremost Dairy Products* v. *Sawyer,* 185 *Ga.* 702 (196 S. E. 436). Therefore the second special ground of the motion is without merit.

3. The other special grounds of the amended motion for new trial complain of a portion of the charge and the charge as a whole, neither of which is meritorious. See *Pulliam* v. *Adams,* 142 *Ga.* 523 (83 S. E. 121); *Baker* v. *State,* 154 *Ga.* 716 (3) (115 S. E. 119); *Cutis* v. *Geiger,* 176 *Ga.* 864 (5) (169 S. E. 127), and cit.

4. The evidence supports the verdict, and the general grounds are without merit.

*Judgment affirmed. All the Justices concur.*

No. 17650. SUBMITTED NOVEMBER 13, 1951—DECIDED JANUARY 16, 1952.

*A. S. Dodd Jr.* and *Cohen Anderson,* for plaintiff.
*Fred T. Lanier, Linton G. Lanier* and *Robert S. Lanier,* for defendant.